# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET
## CIVIL PROCEEDINGS

Date _10-12-05_ Judge _E. Richard Webber_ Case No. _4:04CV1266ERW_
_CHAD JOHNSON, et al.,_ vs. _Bd. of Police Commissioner_
Court Reporter _G. Beilsmith_ Deputy Clerk _J. M. Webb_    Stephen Ryals
Attorney(s) for Plaintiff(s) _John Ammann, James Felakos, Jr., Steven Gunn, Ann Lever_
Attorney(s) for Defendant(s) _Kenneth Brostron, M. Steven Brown, Donald Dylewski_
           Dfts' _Erwin O. Switzer, III, Carl Yates, III_
Parties present for _Motions Hearing re: [116 and 118]. Issues heard. Motion to Withdraw granted. Motion for Sanctions sustained. Stipulation of Dismissal submitted and signed by Judge Webber. Case dismissed w/ prejudice._

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that _____
_____
_____
_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____
Pltf. Exhibits:_____
Deft. Exhibits: _____
Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced _9:45_ (a.m.)/p.m. Concluded _9:51_ (a.m.)/p.m.