## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| **CHAD JOHNSON, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )     **Case No. 4:04CV01266ERW** |
| | ) |
| **BOARD OF POLICE COMMISSIONERS,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE AND STIPULATION OF DISMISSAL

Come now the following parties:

1. The following 25 plaintiffs:

| | | |
|---|---|---|
| Terry Artis | Frederick Higgins | Luster Reynolds |
| John Brinkman | Sandra Holbrook | Milton Ross |
| Melvin Burnett | Van Hunnicutt | Stacy Smith |
| John Coleman | Harold Jackson | Timothy Swift |
| Steve Dickens | Chad Johnson | Kenneth Tate |
| John Edwards | Patricia Jordan also known as | William Tolliver |
| Tanya Finch |    Patricia Malone | Glenn White |
| Everett Harris | Joseph Kitchen | Isabell Wooden |
| Loyde Henley | Keith Loyd | |

2. Defendants members of the Board of Police Commissioners of the St. Louis

Metropolitan Police Department (Jo Ann Freeman, Chris Goodson, Bartholomew

Saracino, Michael J. Quinn, and Francis G. Slay)

3. Defendant Mary J. Warnecke

4. Defendant the City of St. Louis.

5. Defendants Downtown St. Louis Community Improvement District, Inc. and

Downtown St. Louis Partnership, Inc.

6. The following fifteen (15) Individual Defendants:

| David Bonenberger | Robert Ernst | Steven Strohmeyer |
|---|---|---|
| Eddie Brown | Kelly Fisher | Todd Grimes |
| Lance Coats | David Nerviani | Thomas Dubach |
| Brian Davenport | Lila Payne | Latroy Taylor |
| Daniel Drago | John Russo | Marquis Wren |

All parties hereby enter into and file this Stipulation of Dismissal pursuant to

Federal Rule of Civil Procedure 41(a)(1). The filing of this Stipulation results in the

dismissal with prejudice of all defendants and claims in this action by the above-

identified plaintiffs.

Respectfully submitted,

LEGAL SERVICES OF EASTERN MISSOURI, INC.

By: _____

Ann B. Lever      ED#3675
Daniel K. Glazier   ED#14469
4232 Forest Park Avenue
St. Louis, Missouri 63108
(314) 534-4200 telephone
(314) 534-1028 facsimile
ATTORNEYS FOR THE ABOVE-IDENTIFIED
PLAINTIFFS

2

WASHINGTON UNIVERSITY SCHOOL OF LAW
CIVIL JUSTICE CLINIC

By: _____

Jane H. Aiken
Steve J. Gunn
Catherine E. Johnson
One Brookings Drive
Campus Box 1120
St. Louis, Missouri 63130-4899
(314) 935-7238 telephone
(314) 935-5171 facsimile
ATTORNEYS FOR THE ABOVE-IDENTIFIED
PLAINTIFFS


ST. LOUIS UNIVERSITY LEGAL CLINIC

By: _____

John J. Ammann ED#57720
Susan McGraugh
321 N. Spring Avenue
St. Louis, Missouri 63108
(314) 977-2778 telephone
(314) 977-3334 facsimile
ATTORNEYS FOR THE ABOVE-IDENTIFIED
PLAINTIFFS


THE RYALS LAW FIRM

By: _____

Stephen M. Ryals    ED#10602
8008 Carondelet, Suite 205
St. Louis, Missouri 63105
(314) 862-6262 telephone
(314) 862-8845 facsimile
ATTORNEY FOR THE ABOVE-IDENTIFIED
PLAINTIFFS

3

AMERICAN CIVIL LIBERTIES UNION
OF EASTERN MISSOURI

By: _____

James G. Felakos
4557 Laclede Avenue
St. Louis, Missouri 63108
(314) 361-2111 telephone
(314) 361-3135 facsimile
ATTORNEYS FOR THE ABOVE-IDENTIFIED
PLAINTIFFS


PATRICIA A. HAGEMAN
City Counselor

By: _____

Carl W. Yates III    ED#72485
1200 Market
City Hall-Room 314
St. Louis, Missouri 63103
(314) 622-3361 telephone
(314) 622-4956 facsimile
ATTORNEYS FOR DEFENDANT
CITY OF ST. LOUIS, MISSOURI

4

JEREMIAH W. (JAY) NIXON
Attorney General

By: Erwin O. Switzer, III    ED#4513
Special Chief Counsel

M. Steven Brown    ED#56939
Assistant Attorney General

Laclede Gas Building
720 Olive Street, Suite 2150
St. Louis, MO 63101
(314) 340-6816 telephone
(314) 340-7957 facsimile
ATTORNEYS FOR DEFENDANTS
MEMBERS OF THE BOARD OF POLICE
COMMISSIONERS
AND MARY J. WARNECKE

JEREMIAH W. (JAY) NIXON
Attorney General

By: Gail Vasterling

Gail Vasterling ED#43897 By for
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-3321 telephone
(573) 751-9456 facsimile
ATTORNEYS FOR DEFENDANTS
BONENBERGER, BROWN, COATS, DAVENPORT,
DRAGO, ERNST, FISHER, NERVIANI, PAYNE,
RUSSO, STROHMEYER, GRIMES, DUBACH,
TAYLOR, AND WREN

5

LASHLY & BAER, P.C.

By: _____

Lori Imsland, ED# 498907
Kenneth C. Brostron, ED# 2175
714 Locust Street
St. Louis, MO 63101
(314) 621-2939 telephone
(314) 621-6844 facsimile
ATTORNEYS FOR DEFENDANTS
DOWNTOWN ST. LOUIS COMMUNITY
IMPROVEMENT DISTRICT, INC., AND
DOWNTOWN ST. LOUIS PARTNERSHIP, INC

6